# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRITERIUM-YINGST ENGINEERS INC.,** | : | CIVIL ACTION NO. 1:06-CV-0352 |
| | : | (Judge Conner) |
| Plaintiff | : | |
| v. | : | |
| **KATHY J. BOYD, et al.,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 26th day of June, 2006, upon consideration of defendants' motion to set aside default (Doc. 13), in which plaintiffs do not object (see Doc. 15 at 4), and the court finding that defendants have demonstrated good cause for setting aside the entry of default, see FED. R. CIV. P. 55(c) (permitting court to set aside entry of default for "good cause"), it is hereby ORDERED that:

1. The motion (Doc. 13) is GRANTED.

2. The Clerk of Court is directed to SET ASIDE the entry of default against defendants (Doc. 8). See FED. R. CIV. P. 55(c).

3. Defendants shall file an answer to the complaint on or before July 10, 2006.

   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge